**STATE of Missouri, Respondent,**

v.

**Stephon M. ROUNDTREE, Appellant.**

**No. WD 42176.**

Missouri Court of Appeals,
Western District.

June 12, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 1990.

Application to Transfer Denied
Sept. 11, 1990.

Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of assault in the first degree, § 565.050, RSMo 1986, and armed criminal action, § 571.015, RSMo

1986, and from sentences of two consecutive terms of five years' imprisonment.

Affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Terry A. BROWN, Appellant.**

**No. WD 42497.**

Missouri Court of Appeals,
Western District.

June 12, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 1990.

Application to Transfer Denied
Sept. 11, 1990.

David S. Durbin, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

From a judgment of conviction on one count attempted robbery, first degree, § 564.011, RSMo 1986, and one count of robbery, first degree, § 569.020, RSMo 1986, Brown was sentenced as a prior offender to five and ten year concurrent sentences.

Judgment affirmed. Rule 30.25(b).